| | |
|---|---|
| 1 | Kevin C. Barrett, State Bar No. 020104 |
| | Jennifer M. Bahling, State Bar No. 013260 |
| 2 | **Barrett & Matura, P.C.** |
| | 8925 East Pima Center Parkway, Suite 215 |
| 3 | Scottsdale, Arizona 85258 |
| | Telephone: (602) 792-5705 |
| 4 | Facsimile: (602) 792-5710 |
| | kbarrett@barrettmatura.com |
| 5 | jbahling@barrettmatura.com |
| | *Attorneys for Defendant Auto Owners* |
| 6 | *Insurance Company* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Global Thermoforming, Inc., a foreign corporation, | Case No. |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Auto Owners Insurance Company, a foreign corporation | |
| Defendants. | |

Defendant Auto Owners Insurance Company, by and through counsel undersigned, submits this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and provides the following grounds for removal.

1. This matter was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa on July 28, 2020 with the filing of a Complaint, Summons and Certificate of Compulsory Arbitration.

2. The Affidavit of Service, Complaint, Summons and Certificate of Compulsory Arbitration constitute all process and proceedings filed and served on Defendant in the case, copies of which are attached hereto at Exhibit A.

3. Defendant Auto Owners Insurance Company is an insurance company, incorporated in the state of Michigan with its principal place of business and citizenship in the state of Michigan.

4. Plaintiff Global Thermoforming, Inc. is a foreign corporation domiciled in the state of Wisconsin, with is principal place of business in Tempe, Arizona. Its citizenship is either in the state of Wisconsin or the state of Arizona.

5. This action is one over which the United States District Courts have jurisdiction pursuant to 28 USC § 1332, by reason of the diversity of the citizenship of the parties.

6. Defendant has not pled, answered, or otherwise appeared in this action.

7. Defendant has filed this Notice within 30 days after receipt of the initial pleading setting forth the claim for relief upon which the action is based, and within one year after the commencement of the action. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

8. The amount in controversy exceeds the requisite $75,000.

9. A copy of this Notice is being filed with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa.

**WHEREFORE**, Defendant Auto Owners Insurance Company respectfully requests that this action be removed from the Superior Court of Arizona in and for the County of Maricopa to the United States District Court for the District of Arizona, and that further proceedings in the Superior Court of Arizona regarding the action be stayed pursuant to 28 U.S.C. § 1446.

Dated on August 17, 2020.

BARRETT & MATURA, P.C.

By /s/ *Jennifer M. Bahling*
Kevin C. Barrett
Jennifer M. Bahling
8925 East Pima Center Parkway
Suite 215
Scottsdale, Arizona 85258
*Attorneys for Defendant Auto-Owners Insurance Company*

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants, and causing a copy to be mailed to all non-ECF registrants:

Troy B. Froderman
Scott C. Ryan
John F. Barwell
FR Law Group, PLLC
4745 N 7th Street, Suite 310
Phoenix, AZ 85014
tfroderman@frlawgroup.com
sryan@frlawgroup.com
barwell@frlawgroup.com
*Attorneys for Plaintiff*

/s/ *Susan Saville*
Susan Saville