IN THE UNITED STATES DISTRICT COURT
FOR THE EATERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GLOBAL THERMOFORMING, INC., a foreign Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AUTO-OWNERS INSURANCE COMPANY, a foreign corporation, <br><br> Defendant. | Case No. 21-CV-27 |

## STIPULATION FOR DISMISSAL

**IT HEREBY STIPULATED** between and among the named parties, by their respective counsel of record, that the above-entitled action, together with all claims and causes of action set forth in the pleadings, is dismissed on the merits, with prejudice, and without costs.

Dated: 8/24/2021         FR Law Group PLLC
                         Attorneys for Plaintiff

                         By: s/Troy B. Froderman
                                 John F. Barwell
                                 Troy B. Froderman

Dated: 8/24/2021         BORGELT, POWELL, PETERSON & FRAUEN, SC
                         Attorneys for Defendant

                         By: s/Michael J. Wirth
                                 Michael J. Wirth